UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 11 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR532 HEA/SPM |
| JOHNNIE LANE, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about November 1, 2018, and on or about June 28, 2019, in the Eastern District of Missouri, and elsewhere,

**JOHNNIE LANE,**

the defendant herein, did use any facility and means of interstate commerce, and did knowingly

persuade, induce, entice, and coerce J.A., a minor female under the age of eighteen years old, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, and knowing J.A., was a minor female under the age of seventeen years old, did persuade, induce, entice, and coerce J.A. to have deviate sexual intercourse with him, in violation of Missouri Revised Statute, Section 566.064.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT II

The Grand Jury further charges that:

1.  Between on or about November 1, 2018, and on or about June 28, 2019, in the Eastern District of Missouri, and elsewhere,

**JOHNNIE LANE,**

the defendant herein, did knowingly, in or affecting interstate commerce: recruit, entice, harbor, transport, provide, obtain or maintain by any means a person, "J.A."; knowing or in reckless disregard of the fact that such person had not attained the age of 18 years; knowing such person would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1) and punishable under Title 18, United States Code, Section 1591(b)(2).

## COUNT III

The Grand Jury further charges that:

2.  Between on or about November 1, 2018, and on or about June 28, 2019, in the Eastern District of Missouri, and elsewhere,

**JOHNNIE LANE,**

the defendant herein, did knowingly transport an individual under the age of eighteen in interstate and foreign commerce, with the intent that the individual engage in any sexual activity for which a person can be charged with a criminal offense; to wit: defendant, who was at least twenty-one years of age, transported J.A. from the Eastern District of Missouri to the State of Illinois and engaged in vaginal intercourse with J.A., while J.A. was under the age of seventeen years, in violation of Missouri Revised Statute, 566.034.1 and

In violation of Title 18, United States Code, Sections 2423(a) and 2 and punishable under Title 18, United States Code, Section 2423(a).

                                              A TRUE BILL.

 

                                              FOREPERSON

JEFFREY B. JENSEN
United States Attorney


COLLEEN C. LANG, #56872MO
Assistant United States Attorney